30,944-05

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

This document contains some pages that are of poor quality at the time of imaging.

| | | |
|---|---|---|
| TONY WALTER GORDON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 6:12-CV-00006-C |
| WILLIAM STEPHENS, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | USCA No. _____ |
| | ) | |
| Respondent. | ) | |

## ORDER

On January 12, 2015, Tony Walter Gordon filed a Notice of Appeal in the instant civil action.[1] Although Petitioner has not requested permission to proceed *in forma pauperis* on appeal, the Court finds that he proceeded *in forma pauperis* in the district court and should be GRANTED leave to proceed *in forma pauperis* on appeal.

SO ORDERED.

Dated January __16__, 2015.

SAM R. CUMMINGS
Senior United States District Judge

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

---

[1] Petitioner's certificate of appealability was denied by Order dated December 19, 2014.

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| U.S. DISTRICT COURT, NORTHERN DIST. OF TX. SAN ANGELO DIVISION | 6:12-CV-00005-C |

Short Case Title Gordon v. Stephen (Director TDCJ)  Court Reporter _____

Date Notice of Appeal Filed by Clerk of District Court __Jan. 12, 2015__  Court of Appeals # __B-07-1378-S-V-1__

(If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☑ This is to order a transcript of the following proceedings; (check appropriate box)

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐ ✓
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐ ✓
Jury instructions ☐; Sentencing ☐ ✓ Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| August 19, 2008 | Jury Slection | Jay Weatherby |
| August 20, 2008 | Tryale | Jay Weatherby |
| August 21, 2008 | Sentencing | Jay Weatherby |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE A PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds; ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;

☐ Other _____

Signature _Tony W. Gordon_  Date Transcript Ordered _1-25-15_

Print Name _Tony W. Gordon_  Counsel for _____

Address _Eastham Unit, 2665 Prison Road #1, Lovelady, Tx 75851_  Telephone _____

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT: (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side fo copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT: (To be completed by the court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages  _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|